In the Matter of the Claim of ROSE DE LORME, Respondent, against GENERAL ICE CREAM CORPORATION and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Award reversed and claim remitted, with costs against the State Industrial Board to abide the event, on the ground that the rulings of the referee amounted to arbitrary conduct prejudicial to a fair disclosure of competent facts relevant to the question of dependency, and that the proof of dependency was insufficient. Van Kirk, P. J., Hinman, Davis, Whitmyer and Hill, JJ., concur.

In the Matter of the Claim of JOHN E. SMITH, Respondent, against SURF APARTMENTS and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Award modified so as to provide compensation for a period of two and five-sixths weeks at the rate of twenty dollars per week, ending July 28, 1927, on the ground that for the first seven weeks full wages were paid by the employer, on the authority of *Matter of Sullivan* v. *Seely Son, Inc.* (226 App. Div. 629); *Bell* v. *Fraser* (210 id. 560, 563); *Matter of Rasmussen* v. *Park G. & M. Shop, Inc.* (223 id. 591); and as so modified affirmed. Van Kirk, P. J., Hinman, Whitmyer and Hill, JJ., concur; Davis, J., dissents and votes for reversal on the ground that the amount of wages paid voluntarily by the employer amounts to more than the compensation during the period of disability covered by the award; and it is inequitable to permit the claimant to profit by receiving both wages and compensation. (*Matter of Fredenburg* v. *Empire U. Railways, Inc.*, 168 App. Div. 618, 623; *Matter of Sullivan* v. *Seely Son, Inc.*, 226 id. 629.)

In the Matter of the Claim of NELLIE PENN, Respondent, against SUBURBAN FIREPROOF STORAGE COMPANY and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Award unanimously affirmed, with costs to the State Industrial Board. Present — Van Kirk, P. J., Hinman, Davis, Whitmyer and Hill, JJ.